UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT BOWLING GREEN

**COREY LEA**                                                                                    **PLAINTIFF**

**v.**                                                 **CIVIL ACTION NO. 1:08-CV-181-M**

**WARREN COUNTY, KENTUCKY et al.**                             **DEFENDANTS**

### MEMORANDUM OPINION

By Order entered January 15, 2009, this Court denied Plaintiff's motion to proceed *in forma pauperis* and ordered Plaintiff to pay the requisite filing fee within 30 days or have his case dismissed (DN 4).

More than 30 days have passed, and Plaintiff has failed to pay the requisite filing fee for this action as directed by the Court. Courts have an inherent power "acting on their own initiative, to clear their calendars of cases that have remained dormant because of the inaction or dilatoriness of the parties seeking relief." *Link v. Wabash R.R. Co.*, 370 U.S. 626, 630 (1962). Therefore, by separate Order, the Court will dismiss the instant action. *See* FED. R. CIV. P. 41(b) (governing involuntary dismissal).

Date:

cc:      Plaintiff, *pro se*
4414.009